IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-PO-00115-KJN |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | |
| GRACIELA POOLE, | |
| Defendant. | |

<u>ORDER</u>

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00115-KJN, United States v. Graciela Poole, without prejudice is GRANTED.

It is further ordered that the court trial set for June 18, 2018 at 9:00 a.m. is vacated.

IT IS SO ORDERED this 29th day of May, 2018.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE